NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES W. WHITE,**
*Plaintiff-Appellant,*

v.

**HITACHI, LTD., HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., AND HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS B.V.,**
*Defendant-Appellees.*

---

2010-1229

---

Appeal from the United States District Court for the Eastern District of Tennessee in No. 04-CV-0020, Judge Thomas W. Phillips.

---

**JUDGMENT**

---

MICHAEL F. HEAFEY, Orrick, Herrington & Sutcliffe LLP, of Menlo Park, California, argued for plaintiff-appellant. With him on the brief were G. HOPKINS GUY III, ERIC L. WESENBERG and JACOB M. HEATH.

EDWARD R. REINES, Weil, Gotshal & Manges LLP, of Redwood Shores, California, argued for defendants-

appellees. With him on the brief was JEFFREY G. HOMRIG. Of counsel on the brief was ANDREW E. MONACH, Morris & Foerster LLP, of San Francisco, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LINN, CLEVENGER, and PROST, *Circuit Judges*).


**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 13, 2010      /s/ Jan Horbaly
        Date          Jan Horbaly
                          Clerk